**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

Case No. <u>6:19-cv-00454-GAP-DCI</u>

STRIKE 3 HOLDINGS, LLC, a limited liability company,

    Plaintiff,

v.

JOHN DOE subscriber assigned IP address 184.89.156.235, an individual,

    Defendant.

_____/

**<u>CERTIFICATE OF INTERESTED PERSONS</u>**
**<u>AND CORPORATE DISCLOSURE STATEMENT</u>**

    I hereby disclose the following pursuant to this Court's interested persons order:

    1)     the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    (a)     Strike 3 Holdings, LLC - Plaintiff

    (b)     General Media Systems, LLC – owner of Plaintiff, Strike 3 Holdings, LLC

    (c)     Greenspoon Marder, LLP – Counsel for Plaintiff

    (d)     Rachel E. Walker, Esq. – Counsel for Plaintiff

1

2

   (e) John Doe subscriber assigned IP address 184.89.156.235 – Defendant

 2) the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

 To Plaintiff's knowledge, there are no entities whose publicly-traded stock, equity or debt may be substantially affected by the outcome of the proceedings.

 3) the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

 There are no other entities likely to be an active participant in the proceedings.

 4) the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

   (a) Strike 3 Holdings, LLC - Plaintiff

   (b) General Media Systems, LLC – owner of Plaintiff, Strike 3 Holdings, LLC

 I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated: March 20, 2019                           Respectfully submitted,

                                                GREENSPOON MARDER, LLP

                                                /s/ *Rachel E. Walker*
                                                RACHEL E. WALKER (FL Bar No. 111802)
                                                600 Brickell Avenue, Suite 3600
                                                Miami, FL 33131
                                                Telephone: (305) 789-2770
                                                Facsimile: (305) 537-3909
                                                Primary Email: Rachel.Walker@gmlaw.com
                                                Secondary Email: Gloria.Donaire@gmlaw.com

                                                *Attorneys for Plaintiff*