# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

STRIKE 3 HOLDINGS, LLC,

    Plaintiff,

vs.

JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 184.89.156.235,

    Defendant.
_____/

CASE NO.: 6:19-cv-00454-Orl-GAP-DCI

## DEFENDANT, JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 184.89.156.235'S NOTICE OF WITHDRAWAL OF MOTION

Defendant, JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 184.89.156.235 (hereinafter referred to as "JOHN DOE" or "DEFENDANT"), by and through its undersigned counsel hereby gives notice of its withdrawal of DEFENDANT's Motion to Quash Third Party Subpoena to Charter Communications, Inc. [D.E. 14] previously filed on 5/8/19.

Dated: May 15, 2019

/s/Michele G. Moss_____
Michele G. Moss
Florida Bar No: 0667919
Trial Counsel
Attorney for Defendant
Johnson Moss L.L.C.
12001 Research Parkway Suite 236
Orlando, FL 32826
Telephone: (407) 273-7027
Fax: (407) 264-8490
Email: service-mgmoss@johnsonmosslaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 15, 2019, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

                                   /s/Michele G. Moss_____
                                   Michele G. Moss
                                   Florida Bar No: 0667919
                                   Trial Counsel
                                   Attorney for Defendant
                                   Johnson Moss L.L.C.
                                   12001 Research Parkway Suite 236
                                   Orlando, FL 32826
                                   Telephone: (407) 273-7027
                                   Fax: (407) 264-8490
                                   Email: service-mgmoss@johnsonmosslaw.co