# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**STRIKE 3 HOLDINGS, LLC,**

      **Plaintiff,**

v.                                                                 Case No:   6:19-cv-454-Orl-31DCI

**JOHN DOE SUBSCRIBER**
**ASSIGNED IP ADDRESS**
**184.89.156.235,**

      **Defendant.**

---

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Notice of Voluntary Dismissal (Doc. 23), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that Plaintiff's claims against Defendant John Doe, subscriber assigned IP address 184.89.156.235, are dismissed with prejudice, each party to bear its own fees and costs.   Any pending motions are **DENIED** as moot.   The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on July 1, 2019.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties